IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TAMMY LYNN EBDING | § |
| | § |
| VS | § CIVIL ACTION NO. H-25-2803 |
| | § |
| FRANK BISIGNANO, | § |
| Acting Commissioner of the | § |
| SOCIAL SECURITY ADMINISTRATION | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Summary Judgment (Doc. No. 6); Defendant's Motion to Reverse and Remand (Doc. 10); and Magistrate Judge Palermo's Report and Recommendation (Doc. No. 11). No objections have been filed and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, it is hereby

ORDERED that the Report and Recommendation (Doc. No. 11) ADOPTED. Defendant's Motion to Reverse and Remand (Doc. 10) is GRANTED and the Commissioner's determination that Plaintiff is not disabled is REVERSED and this case is REMANDED to the Commissioner for further proceedings. Plaintiffs Motion for Summary Judgment (Doc. No. 6 is DENIED as moot)

Plaintiffs case is DISMISSED WITHOUT PREJUDICE.

Entry of this Order shall constitute entry of final judgment.

Signed this 21st day of November, 2025

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE